PENNSYLVANIA RAILROAD COMPANY, Appellant, v. Steamship THE CHARLES L. O'CONNOR and THE Steamtug KEYSTONE, Etc., Appellees.

No. 440.

Circuit Court of Appeals, Second Circuit. July 6, 1937.

Burlingham, Veeder, Clark & Hupper, of New York City (Chauncey I. Clark and Frederic Conger, both of New York City, of counsel), for appellant.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, Rich-

ard F. Lenahan, and Leo F. Hanan, all of New York City, of counsel), for appellees.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.